UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

HERSEL JONES,

        Plaintiff,

    v.                             Case No. 07-cv-813-JPG

THE CITY OF CENTREVILLE, ILLINOIS,
MARIUS JACKSON, and LARRY WYNN,

        Defendants.

## MEMORANDUM AND ORDER

      This matter comes before the Court for case management purposes. Hersel Jones filed

this civil rights action in the circuit court of St. Clair County, Illinois on July 17, 2007, alleging

that defendants had arrested him without probable cause. The case was removed to this Court on

November 26, 2007. Jones filed a Motion for Partial Summary Judgment (Doc. 21) on May 19,

2008. Defendants were granted an extension of time to respond to the Motion until April 9,

2009. Jones died on December 24, 2008, and his death was suggested on the record on January

2, 2008.

      Pursuant to Rule 25 of the Federal Rules of Civil Procedure, a motion for substitution of

parties was due within 90 days. Fed. R. Civ. P. 25(a). Counsel for Jones informed the Court that

Jones's successor was aware that if he did not file a motion for substitution within ninety days of

the filing of the Suggestion of Death on the Record the action would be dismissed. The 90-day

deadline has expired, without a request for an extension or a request for substitution of an

executor or administrator of Jones's estate. These circumstances suggest that Jones's successor

or representative will not pursue this case. Because the deceased was the sole plaintiff, the

action is hereby **DISMISSED** pursuant to Rule 25 of the Federal Rules of Civil Procedure. All

pending Motions are **DENIED as moot**.  The Clerk of Court is **DIRECTED** to enter judgment

accordingly.

**IT IS SO ORDERED.**
**DATED: April 8, 2009**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**