UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

HERSEL JONES,

    Plaintiff,

v.

THE CITY OF CENTREVILLE, ILLINOIS, MARIUS JACKSON, and LARRY WYNN,

    Defendants.

Case No. 07-cv-813-JPG

## JUDGMENT

This matter having come before the Court pursuant to Rule 25 of the Federal Rules of Civil Procedure for absence of a party qualified to represent the plaintiff, now deceased, and the Court having rendered its decision,

    IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

                          **JUSTINE FLANAGAN, Acting Clerk**

                          **By:s/Deborah Agans, Deputy Clerk**

**DATED:** April 8, 2009

**Approved:**    s/ J. Phil Gilbert
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**